UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
:
                Plaintiff, :
:
                -against- :    08 Civ. 4918 (PKC)
:
JAMES E. GANSMAN, et al., :
:
                Defendants. :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of the undersigned as counsel for Defendant James E. Gansman in this action. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 12, 2008

DLA PIPER US LLP

_____
Caryn G. Schechtman
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
caryn.schechtman@dlapiper.com

*Attorneys for Defendant*
*James E. Gansman*