UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | 08-cv-4918 (PKC) |
| vs. ) ) ) | ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |
| JAMES E. GANSMAN ET AL., ) ) ) | |
| Defendants. ) ) | |

Upon the motion of James M. Keneally and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Barry J. Pollack |
| Firm Name: | Kelley Drye & Warren LLP |
| Address: | 3050 K Street, NW, Suite 400 |
| City/State/Zip: | Washington, D.C. 20007 |
| Telephone: | (202) 342-8472 |
| Fax: | (202) 342-8451 |
| Email Address: | bpollack@kelleydrye.com |

is admitted to practice *pro hac vice* as counsel for defendant Donna Murdoch in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

New York, New York
July 7, 2008

_____
United States District Judge

7-16-08