UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No. 1:08-cv-4918 (PKC) |
| JAMES E. GANSMAN, ET AL. | : |
| Defendants. | : |

### ORDER APPROVING THE DISTRIBUTION FUND FINAL ACCOUNTING REPORT, TERMINATING THE DISTRIBUTION FUND, AND DISCHARGING THE PLAN ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion and Memorandum of Law in Support of its Motion for Approval of the Distribution Fund Final Accounting Report, Termination of Distribution Fund, and Discharge of the Plan Administrator, and for good cause shown, it is hereby **ORDERED**:

1. The Distribution Fund Final Accounting Report is hereby approved;
2. The Distribution Fund is terminated; and
3. The Plan Administrator is discharged.

**SO ORDERED.**

Dated: 11-1-18

United States District Judge
Southern District of New York